A03A1405. McKINNEY v. THE STATE.
(587 SE2d 762)

MILLER, Judge.

Acting pro se, Larry McKinney appeals from the denial of his out-of-time motion to correct an illegal sentence. McKinney complains that he was improperly sentenced as a recidivist and that he

was not provided a list of witnesses prior to trial. However, as McKinney failed to raise these claims at the time he appealed his conviction (see generally *McKinney v. State*, 251 Ga. App. 896 (555 SE2d 468) (2001)), he has waived them. "[H]aving once invoked the appellate process, [McKinney] cannot now seek to raise issues which should have been raised in that appeal." (Citations, punctuation and footnotes omitted.) *Taylor v. State*, 261 Ga. App. 248, 249 (1) (582 SE2d 209) (2003).

*Judgment affirmed. Smith, C. J., and Ruffin, P. J., concur.*

DECIDED AUGUST 21, 2003 —
RECONSIDERATION DISMISSED SEPTEMBER 19, 2003.

Larry McKinney, *pro se*.

Denise D. Fachini, District Attorney, Cheri L. Nichols, Assistant District Attorney, for appellee.